No. 10,117.

## THE STATE *v.* FRY.

From the Marion Criminal Court.

*D. P. Baldwin,* Attorney General, *W. W. Thornton* and *J. B. Elam,* Prosecuting Attorney, for the State.

*Z. K. McCormack,* for appellee.

WORDEN, J.—This case is similar to the one between the same parties,. *The State* v. *Fry, ante,* p. 7; and for the reasons therein stated the judgment. below must be affirmed.

The judgment below is affirmed.